# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2430
_____

E.D.T. U.S.A. CORP., INC. and
CENTRAL BEER IMPORT AND
EXPORT CO.,

    Appellants,

    v.

WILBUR PRITCHARD, III,

    Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Angela Primiano, Chairperson.

January 2, 2025

PER CURIAM.

    DISMISSED. *See Citizens Property Ins. Corp. v. Scylla Properties, LLC*, 946 So. 2d 1179, 1183 n.4 (Fla. 1st DCA 2006).

ROWE, KELSEY, and LONG, JJ., concur.

* * *

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

* * *

Christopher C. Sharp of Sharp Law Firm, P.A., Fort Lauderdale, for Appellants.

G. Ware Cornell, Jr. of Cornell & Associates, P.A., Weston, for Appellee.